FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 26, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAOHUA DUAN,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVID PERDUE, U.S. Chief Consular Officer in Beijing China, MARCO RUBIO, Secretary of U.S. Department of State, KRISTI NOEM, Secretary of U.S. Department of Homeland Security, and JOSEPH B. EDLOW, Director of USCIS,<br><br>    Defendants. | No. 2:25-CV-00409-SAB<br><br>**ORDER OF DISMISSAL** |

On March 11, 2026, the Court ordered Plaintiff to show cause why the Complaint should not be dismissed with prejudice for failure to prosecute regarding Defendants' Motion to Dismiss, ECF No. 4. Plaintiff responded and indicated he does not oppose Defendants' Motion to Dismiss, and the parties have agreed to work towards a resolution outside of litigation. As such, Plaintiff requests the Court dismiss the above-captioned matter without prejudice. Plaintiff is represented by Aimei Xi. Defendants are represented by Molly Smith.

Accordingly, **IT IS HEREBY ORDERED**:

1. The above-captioned case is **DISMISSED without prejudice** and

ORDER OF DISMISSAL * 1

without costs or attorney's fees.

2.  Defendants' Motion to Dismiss, ECF No. 4, is **DENIED as moot**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this this 26th day of March 2026.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL * 2**